IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PAM SANFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-00260-TSE-MSN |
| TETRA TECH, INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S WITNESS LIST**

Defendant Tetra Tech, Inc. ("Tetra Tech"), by and through its undersigned counsel and in accordance with Federal Rule of Civil Procedure 26(a)(3) and the Court's April 15, 2021, June 29, 2021, and January 13, 2022 Orders, submits the following list of witnesses it expects to present at trial:

1. Bonnie Brandreth.
2. Lee U'Ren.
3. Kelli Zimmerman.
4. Katie Sabella.
5. Marc Shaffer.
6. Danyal Ahmad.
7. Anastasia Anderson.
8. Sue Phipps.
9. Any witness called by Plaintiff Pam Sanford and not objected to by Tetra Tech.

Tetra Tech may call the following witnesses if the need arises:

1. Marcus Hall.

2. Austin Engel.

3. Christina Wheeler.

4. Any witnesses, in addition to those listed, necessary for rebuttal or impeachment purposes.

5. Any witnesses necessary to authenticate exhibits.

Tetra Tech reserves the right to amend this list as reasonably necessary.

Dated: February 3, 2022

Respectfully Submitted,

By: */s/ Theresa M. Connolly*
Theresa M. Connolly (VSB No. 46583)
FISHER & PHILLIPS LLP
8200 Greensboro Drive, Suite 900
McLean, VA 22102
Tel. (703) 682-7096
Email: tconnolly@fisherphillips.com

Sarah K. Biran (*pro hac vice*)
FISHER & PHILLIPS LLP
7501 Wisconsin Avenue, Suite 1220W
Bethesda, MD 20814
Telephone: 301-951-1554
Facsimile: 301-880-5031
Email: sbiran@fisherphillips.com

*Counsel for Defendant*
*Tetra Tech, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on the 3rd day of February, 2022, she caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

>Dirk McClanahan, Esq.
>MCCLANAHAN POWERS, PLLC
>8133 Leesburg Pike, Suite 130
>Vienna, VA 22182
>Tel. (703) 520-1326
>Fax. (703) 828-0205
>dmcclanahan@mcplegal.com

*/s/ Theresa M. Connolly*